1  David H. Krieger, Esq.
   Nevada Bar No. 9086
2  HAINES & KRIEGER, LLC
   8985 S. Eastern Avenue, Suite 130
3  Henderson, Nevada 89123
   Phone: (702) 880-5554
4  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
5

6
              **IN THE UNITED STATES DISCTRICT COURT**
7             **FOR THE DISTRICT OF NEVADA**

8                                          )  **Case No. 2:13-cv-00933-JAD-NJK**
   SONDRA EASTWOOD,                        )
9                                          )
                                           )
10              Plaintiff,                 )
   v.                                      )
11                                         )  **AMENDED STIPULATION AND ORDER**
                                           )  **DISMISSING ACTION WITH**
   PORTFOLIO RECOVERY ASSOCIATES,          )  **PREJUDICE**
12 LLC; and DOES 1-10, inclusive,          )
                                           )
13              Defendant.                 )

14       Plaintiff SONDRA EASTWOOD and PORTFOLIO RECOVERY ASSOCIATES, LLC

15 hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in

16 …

17 ...

18 …

19 …

20 …

21 …

22 …

23 …

24 …

25 ..

                         Page **1** of **2**

accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:            10/1/2013

| By: | /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 130<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:/s/ Lindsey A. Morgan, Esq.<br>Lindsey A. Morgan, Esq.<br>Simmonds & Narita LLP<br>44 Montgomery Street<br>Suite 3010<br>San Francisco, CA 94104<br>*Attorney for Defendant*<br>*Pro hac vice* |
|---|---|---|

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: October 1, 2013