1 | David H. Krieger, Esq.
2 | Nevada Bar No. 9086
  | HAINES & KRIEGER, LLC
3 | 8985 S. Eastern Avenue, Suite 130
  | Henderson, Nevada 89123
4 | Phone: (702) 880-5554
  | FAX: (702) 385-5518
5 | Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF NEVADA**

SONDRA EASTWOOD,

                Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC; and DOES 1-10, inclusive,

                Defendant.

**Case No. 2:13-cv-00933-JAD-NJK**

**AMENDED STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**

Plaintiff SONDRA EASTWOOD and PORTFOLIO RECOVERY ASSOCIATES, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in

…
...
…
…
…
…
…
…
…
..

Page **1** of **2**

accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: 10/1/2013

| | |
|---|---|
| By:  /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 130<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:/s/ Lindsey A. Morgan, Esq.<br>Lindsey A. Morgan, Esq.<br>Simmonds & Narita LLP<br>44 Montgomery Street<br>Suite 3010<br>San Francisco, CA 94104<br>*Attorney for Defendant*<br>*Pro hac vice* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: October 1. 2013